

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLIAN BROWN, on behalf of herself and all others similarly situated,<br><br>**Plaintiff,**<br><br>V.<br><br>22ND DISTRICT AGRICULTURAL ASSOCIATION, a State entity; and DOES 1 through 10, inclusive,<br><br>**Defendant.** | Civil Action No.   15-cv-02578-DHB<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Final Approval of Class Action Settlement and Attorneys' Fees Award is granted and that the Award of Costs and Fees to Defendant and Settlement Administrator is granted. The Court GRANTS class counsel's motion for attorneys' fees and awards them in the amount of $112,421.40; and the Court GRANTS the Association's and request for an award of cost and expenses to be paid out of the Common Fund of the Settlement to the Association and the Settlement Administrator in the amount of $9,195.00. Pursuant to the Consent Decree in the parties' Settlement, IT IS HEREBY ORDERED that the Association shall be compliant with FACTA for all periods of time going forward from the date of the Settlement's execution [September 6, 2016].

Date:   7/26/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  K. Betancourt
　　　　　　　　　　　　　　K. Betancourt, Deputy